**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Luis J. Ortiz Rivera  CHAPTER 13
                Debtor(s)

BKY. NO. 25-15217 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
31 Dec 2025, 12:23:51, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322