IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  LUIS J. ORTIZ RIVERA, | :  Bankruptcy No. 25-15217-PMM |
| | : |
| Debtor. | :  Chapter 13 |

## **ORDER OF COURT**

AND NOW, this _____ day of _____, 2026, upon consideration of the Debtor's Motion for Enlargement of Time, it is hereby ORDERED and DECREED that the Debtor's deadline for filing Statement of Financial Affairs and Statement of Current Monthly Income Form 122 are extended until January 20, 2026.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE