IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  LUIS J. ORTIZ RIVERA,　　　　:　Bankruptcy No. 25-15217-PMM
　　　　　　　　　　　　　　　　　　　　:
　　　　　Debtor.　　　　　　　　　　 :　Chapter 13

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

　　　LUIS J. ORTIZ RIVERA, Debtor, has filed a Motion to Approve Sale of Commercial Truck with the Court.

　　　**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

　　　1.　If you do not want the court to grant relief sought in the motion or if you want the court to consider your views on the motion, then **on or before January 30, 2026**, you or your attorney must do all of the following:

　　　　　(a)　file an answer explaining your position at:

　　　　　　　Clerk, U.S. Bankruptcy Court
　　　　　　　Gateway Building
　　　　　　　201 Penn Street, Suite 400
　　　　　　　Reading PA 19601
　　　　　　　Phone:  610-208-5040

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　　　　(b)　mail a copy to the movant's attorney:

　　　　　　　Stephen M. Otto, Esq.
　　　　　　　Cornerstone Law Firm, LLC
　　　　　　　8500 Allentown Pike, Suite 3
　　　　　　　Blandon, PA 19510
　　　　　　　610-926-7875 – Main  484-930-0054 - Fax

　　　2.　If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

　　　3.　A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on **Thursday, February 12, 2026 at 11:00**

**A.M.** in Courtroom 4th Fl, United States Bankruptcy Court, The Gateway Building, 201 Penn St, Reading, Pennsylvania 19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date: January 16, 2026        By:        /s/Stephen M. Otto
Stephen M. Otto, Esq.
8500 Allentown Pike, Suite 3
Blandon, PA 19510
610-926-7875
PA. I.D. No. 82463
steve@cornerstonelaw.us