SEQ 000502

| Company Code | Loc/Dept | Number | |
|---|---|---|---|
| LH / D4K 28239507 | 01/200 | 3340969 | 1 of 1 |

New Era Logistics Inc
110 Edinboro Lane
Reading, PA 19605

# Earnings Statement

**ADP**

Period Starting: 10/12/2025
Period Ending: 10/25/2025
Pay Date: 10/29/2025

Taxable Filing Status: Single
Exemptions/Allowances:
 Federal: Std W/H Table
 State: 0
 Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal: 0.00 Addnl
 State:
 Local:

**Luis J Ortiz-Rivera**
**1443 Lacrosse Avenue**
**Reading, PA 19607-2125**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 118.00 | 3068.00 | 3926.00 |
| **Gross Pay** | | | **$3,068.00** | **$3,926.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -352.42 | 380.53 |
| Social Security | -190.21 | 243.41 |
| Medicare | -44.49 | 56.93 |
| Pennsylvania State Income | -94.19 | 120.53 |
| Pennsylvania State UI | -2.15 | 2.75 |
| Ontelaunee T Local Income | -30.68 | 39.26 |
| Ontelaunee Twp Local | -2.00 | 4.00 |
| **Net Pay** | **$2,351.86** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 118.00 | 151.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXX**** | XXXXXXXXX | 2351.86 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $3,068.00

© 1998, 2006, ADP, INC. All Rights Reserved.

▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

New Era Logistics Inc
110 Edinboro Lane
Reading, PA 19605

Pay Date: 10/29/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXX**** | XXXXXXXXX | 2351.86 |

Luis J Ortiz-Rivera
1443 Lacrosse Avenue
Reading, PA 19607-2125

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

SEQ 000483

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LH / D4K 28239507 | 01/200 | 3370163 | 1 of 1 |

New Era Logistics Inc
110 Edinboro Lane
Reading, PA 19605

**Earnings Statement**

ADP

Period Starting: 10/26/2025
Period Ending: 11/08/2025
Pay Date: 11/12/2025

Taxable Filing Status: Single
Exemptions/Allowances:
    Federal:    Std W/H Table
    State:    0
    Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
    Federal:    0.00 Addnl
    State:
    Local:

**Luis J Ortiz-Rivera**
**1443 Lacrosse Avenue**
**Reading, PA 19607-2125**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 119.00 | 3094.00 | 7020.00 |
| **Gross Pay** | | | **$3,094.00** | **$7,020.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -358.14 | 738.67 |
| Social Security | -191.83 | 435.24 |
| Medicare | -44.86 | 101.79 |
| Pennsylvania State Income | -94.99 | 215.52 |
| Pennsylvania State UI | -2.16 | 4.91 |
| Ontelaunee T Local Income | -30.94 | 70.20 |
| Ontelaunee Twp Local | -2.00 | 6.00 |
| **Net Pay** | **$2,369.08** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 119.00 | 270.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX | XXXXXXXXX | 2369.08 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $3,094.00



New Era Logistics Inc
110 Edinboro Lane
Reading, PA 19605

Pay Date:    11/12/2025

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX | XXXXXXXXX | 2369.08 |

Luis J Ortiz-Rivera
1443 Lacrosse Avenue
Reading, PA 19607-2125

SEQ 000245

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LH / D4K 28239507 | 01/200 | 3398172 | 1 of 1 |

New Era Logistics Inc
110 Edinboro Lane
Reading, PA 19605

# Earnings Statement

ADP

Period Starting: 11/09/2025
Period Ending: 11/22/2025
Pay Date: 11/26/2025

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Luis J Ortiz-Rivera
1443 Lacrosse Avenue
Reading, PA 19607-2125

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 118.25 | 3074.50 | 10094.50 |
| Gross Pay | | | $3,074.50 | $10,094.50 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 118.25 | 388.25 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -353.85 | 1092.52 |
| Social Security | -190.62 | 625.86 |
| Medicare | -44.58 | 146.37 |
| Pennsylvania State Income | -94.39 | 309.91 |
| Pennsylvania State UI | -2.16 | 7.07 |
| Ontelaunee T Local Income | -30.75 | 100.95 |
| Ontelaunee Twp Local | -2.00 | 8.00 |
| Net Pay | $2,356.15 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXX■ | XXXXXXXXX | 2356.15 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $3,074.50

© 1998, 2006. ADP, INC All Rights Reserved

▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

New Era Logistics Inc
110 Edinboro Lane
Reading, PA 19605

Pay Date: 11/26/2025

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXX■ | XXXXXXXXX | 2356.15 |

**THIS IS NOT A CHECK**

Luis J Ortiz-Rivera
1443 Lacrosse Avenue
Reading, PA 19607-2125

SEQ 000497

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LH / D4K 28239507 | 01/200 | 3426660 | 1 of 1 |

New Era Logistics Inc
110 Edinboro Lane
Reading, PA 19605

**Earnings Statement**

ADP

Period Starting:   11/23/2025
Period Ending:    12/06/2025
Pay Date:         12/10/2025

Taxable Filing Status: Single
Exemptions/Allowances:
    Federal:   Std W/H Table
    State:     0
    Local:     0
Social Security Number: XXX-XX-XXXX

Tax Override:
    Federal:   0.00 Addnl
    State:
    Local:

**Luis J Ortiz-Rivera**
**1443 Lacrosse Avenue**
**Reading, PA 19607-2125**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 105.25 | 2736.50 | 12831.00 |
| Holiday | 26.0000 | 10.00 | 260.00 | 260.00 |
| **Gross Pay** | | | **$2,996.50** | **$13,091.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -336.69 | 1429.21 |
| Social Security | -185.78 | 811.64 |
| Medicare | -43.45 | 189.82 |
| Pennsylvania State Income | -91.99 | 401.90 |
| Pennsylvania State UI | -2.09 | 9.16 |
| Ontelaunee T Local Income | -29.97 | 130.92 |
| Ontelaunee Twp Local | -2.00 | 10.00 |
| **Net Pay** | **$2,304.53** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 105.25 | 493.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX | XXXXXXXXX | 2304.53 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $2,996.50

© 1998, 2006. ADP, INC. All Rights Reserved.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

New Era Logistics Inc
110 Edinboro Lane
Reading, PA 19605

Pay Date:   12/10/2025

**Deposited to the account**
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX | XXXXXXXXX | 2304.53 |

THIS IS NOT A CHECK

Luis J Ortiz-Rivera
1443 Lacrosse Avenue
Reading, PA 19607-2125

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

```
SEQ 000472
Company Code    Loc/Dept    Number   Page              Earnings Statement                    ADP
LH / D4K 28239507  01/200    3456723  1 of 1
           New Era Logistics Inc
           110 Edinboro Lane                    Period Starting:   12/07/2025
           Reading, PA 19605                    Period Ending:     12/20/2025
                                                Pay Date:          12/24/2025


Taxable Filing Status: Single
Exemptions/Allowances:            Tax Override:
    Federal:  Std W/H Table          Federal:  0.00 Addnl         Luis J Ortiz-Rivera
    State:    0                      State:                       1443 Lacrosse Avenue
    Local:    0                      Local:                       Reading, PA 19607-2125
Social Security Number: XXX-XX-XXXX
```

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 126.50 | 3289.00 | 16120.00 |
| Holiday |  |  | 0.00 | 260.00 |
| **Gross Pay** |  |  | **$3,289.00** | **$16,380.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -401.04 | 1830.25 |
| Social Security | -203.92 | 1015.56 |
| Medicare | -47.69 | 237.51 |
| Pennsylvania State Income | -100.97 | 502.87 |
| Pennsylvania State UI | -2.31 | 11.47 |
| Ontelaunee T Local Income | -32.89 | 163.81 |
| Ontelaunee Twp Local | -2.00 | 12.00 |
| **Net Pay** | **$2,498.18** |  |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 126.50 | 620.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX | XXXXXXXXX | 2498.18 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $3,289.00

© 1998, 2006, ADP, INC All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

New Era Logistics Inc
110 Edinboro Lane
Reading, PA 19605                    Pay Date:    12/24/2025

**Deposited to the account**                 account number        transit/ABA       amount
Checking DirectDeposit                        XXXXXX                XXXXXXXXX         2498.18

THIS IS NOT A CHECK

Luis J Ortiz-Rivera
1443 Lacrosse Avenue
Reading, PA 19607-2125

SEQ 000428
| Company Code | Loc/Dept | Number | |
|---|---|---|---|
| LH / D4K 28239507 | 01/200 | 3484353 | 1 of 1 |

New Era Logistics Inc
110 Edinboro Lane
Reading, PA 19605

**Earnings Statement**

ADP

Period Starting:   12/21/2025
Period Ending:    01/03/2026
Pay Date:         01/07/2026

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:    0
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

**Luis J Ortiz-Rivera**
**1443 Lacrosse Avenue**
**Reading, PA 19607-2125**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 82.50 | 2145.00 | 2145.00 |
| Holiday | 26.0000 | 20.00 | 520.00 | 520.00 |
| **Gross Pay** | | | **$2,665.00** | **$2,665.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -246.68 | 246.68 |
| Social Security | -165.23 | 165.23 |
| Medicare | -38.64 | 38.64 |
| Pennsylvania State Income | -81.82 | 81.82 |
| Pennsylvania State UI | -1.87 | 1.87 |
| Ontelaunee T Local Income | -26.65 | 26.65 |
| Ontelaunee Twp Local | -2.00 | 2.00 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *PerDiem | 410.00 | 410.00 |
| **Net Pay** | **$2,512.11** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 82.50 | 82.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX | XXXXXXXXX | 2512.11 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are  $2,665.00
* Excluded from Federal taxable wages

© 1998, 2006. ADP, INC  All Rights Reserved.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

New Era Logistics Inc
110 Edinboro Lane
Reading, PA 19605

Pay Date:    01/07/2026

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX | XXXXXXXXX | 2512.11 |

Luis J Ortiz-Rivera
1443 Lacrosse Avenue
Reading, PA 19607-2125

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.