UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 25-15217 |
|---|---|
| LUIS J ORTIZ RIVERA | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 1/29/2026, I did cause a copy of the following documents, described below,

Chapter 13 Plan Dated 12/23/25

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/29/2026

/s/ Stephen M Otto
Stephen M Otto  82463
Attorney for Debtor
Cornerstone
8500 Allentown Pike Suite 3
Blandon, PA 19510
484-220-0481
steve@sottolaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO: 25-15217 |
| LUIS J ORTIZ RIVERA | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 1/29/2026, a copy of the following documents, described below,

Chapter 13 Plan Dated 12/23/25

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/29/2026

_(signature)_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Stephen M Otto
Cornerstone
8500 Allentown Pike Suite 3
Blandon, PA  19510

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
CASE INFO                                       EXCLUDE                                         EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING                (U)MT BANK                                      READING
NCRS ADDRESS DOWNLOAD                                                                           UNITED STATES BANKRUPTCY COURT
CASE 25-15217                                                                                   OFFICE OF THE CLERK  GATEWAY BUILDING
EASTERN DISTRICT OF PENNSYLVANIA                                                                201 PENN STREET  1ST FLOOR
THU JAN 29 10-55-28 PST 2026                                                                    READING  PA 19601-4038


HYUNDAI CAPITAL AMERICA DBA HYUNDAI MOTOR F     CAPITAL ONE                                     CITI CARDBEST BUY
PO BOX 20809                                    PO BOX 30253                                    ATTN CITICORP CR SRVS BANKRUPTCY
FOUNTAIN VALLEY   CA 92728-0809                 SALT LAKE CITY   UT 84130-0253                  PO BOX 790040
                                                                                                ST LOUIS   MO 63179-0040


CITIBANKTHE HOME DEPOT                          CONNEXUS CREDIT UNION                           CREDIT ONE BANK
CITICORP CR SRVSCENTRALIZED BANKRUPTCY          ATTN BANKRUPTCY                                 6801 S CIMARRON ROAD
PO BOX 790040                                   PO BOX 8026                                     LAS VEGAS   NV 89113-2273
ST LOUIS   MO 63179-0040                        WAUSAU   WI 54402-8026


                                                                                                EXCLUDE

CWSCW NEXUS                                     HYUNDAI FINANCE                                 (U)JULIO C RODRIGUEZ
PO BOX 9201                                     POB 20835
OLD BETHPAGE   NY 11804-9001                    FOUNTAIN VLY   CA 92728-0835


(P)MT BANK                                      MT BANK                                         MT BANK
LEGAL DOCUMENT PROCESSING                       CO KML LAW GROUP                                KML LAW GROUP  PC
626 COMMERCE DRIVE                              701 MARKET STREET SUITE 5000                   CO MATTHEW FISSEL  ESQ
AMHERST NY 14228-2307                           PHILADELPHIA   PA 19106-1541                    701 MARKET STREET   SUITE 5000
                                                                                                PHILADELPHIA PA 19106-1541


MERRICK BANK                                    NATIONAL FUNDING  INC                           PENNSYLVANIA DEPARTMENT OF REVENUE
RESURGENT CAPITAL SERVICES                      4380 LA JOLLA VILLAGE DR                        BANKRUPTCY DIVISION PO BOX 280946
PO BOX 10368                                    SAN DIEGO   CA 92122-1233                       HARRISBURG   PA 17128-0946
GREENVILLE   SC 29603-0368


                                                                                                EXCLUDE

ROXANA  J RODRIGUEZ                             US SMALL BUSINESS ADMIN                         UNITED STATES TRUSTEE
1443 LACROSSE AVENUE                            409 3RD STREET  SW                              OFFICE OF UNITED STATES TRUSTEE
READING  PA 19607-2125                          WASHINGTON  DC 20416-0005                       ROBERT NC NIX FEDERAL BUILDING
                                                                                                900 MARKET STREET
                                                                                                SUITE 320
                                                                                                PHILADELPHIA  PA 19107-4202


DEBTOR                                          EXCLUDE

LUIS J ORTIZ RIVERA                             (P)SCOTT F WATERMAN CHAPTER 13 TRUSTEE          STEPHEN MCCOY OTTO
1443 LACROSSE AVENUE                            2901 ST LAWRENCE AVE                            CORNERSTONE LAW FIRM  LLC
READING  PA 19607-2125                          SUITE 100                                       8500 ALLENTOWN PIKE
                                                READING PA 19606-2265                           SUITE 3
                                                                                                BLANDON  PA 19510-9101
```

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:

SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

ECFMail@ReadingCh13.comAdded: 12/23/2025
(Trustee)

represented by:
MATTHEW K. FISSEL
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
Luis J. Ortiz Rivera
1443 Lacrosse Avenue
Reading, PA 19607
represented by:
STEPHEN MCCOY OTTO
Cornerstone Law Firm, LLC
8500 Allentown Pike
Suite 3
Blandon, PA 19610
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

USTPRegion03.PH.ECF@usdoj.govAdded:
12/23/2025(U.S. Trustee)