IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  LUIS J. ORTIZ RIVERA, | : | Bankruptcy No. 25-15217-PMM |
| | : | |
| Debtor. | : | Chapter 13 |

# **P R A E C I P E**

*To the Clerk:*

Please withdraw the **DEBTOR'S MOTION TO SELL COMMERCIAL TRUCK** – Document No. 13, which was filed in the above matter on January 16, 2026.

February 11, 2026

Respectfully submitted,
CORNERSTONE LAW FIRM, LLC

By:    /s/Stephen M. Otto
Stephen M. Otto, Esq.
8500 Allentown Pike, Suite 3
Blandon, PA 19510
610-926-7875
PA. I.D. No. 82463
steve@cornerstonelaw.us