UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

      Luis J. Ortiz-Rivera

              Debtor

Chapter 13
Bankruptcy No.25-15217-PMM

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 31st day of March, 2026, by first class mail upon those listed below:

Luis J. Ortiz-Rivera
1443 Lacrosse Avenue
Reading, PA  19607

**Electronically via CM/ECF System Only:**

STEPHEN MC COY OTTO ESQ
CORNERSTONE LAW FIRM LLC
8500 ALLENTOWN PIKE, STE 3
BLANDON, PA  19510

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee