IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  LUIS J. ORTIZ RIVERA,              :  Bankruptcy No. 25-15217-PMM
                                           :
          Debtor.                          :  Chapter 13

### ORDER OF COURT

AND NOW, this __8th__ day of __June__, 2026, upon

consideration of the Debtor's Motion for Approval of Sale of Commercial Truck, it is hereby

ORDERED and DECREED that the Debtor is authorized to transfer the 2003 Freightliner

Classic to Julio C. Rodriguez in exchange for a payment of $10,000.00 from Mr. Rodriguez

payable to the Debtor.

BY THE COURT:

_Patricia M. Mayer_
_____
UNITED STATES BANKRUPTCY JUDGE