United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 25-15217-pmm

Luis J. Ortiz Rivera                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 08, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

**Recip ID**          **Recipient Name and Address**
db             + Luis J. Ortiz Rivera, 1443 Lacrosse Avenue, Reading, PA 19607-2125

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:**

**Name**          **Email Address**

MAGGIE S SOBOLESKI
          on behalf of Creditor M&T BANK msoboleski@kmllawgroup.com  3532@notices.nextchapterbk.com

MATTHEW K. FISSEL
          on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
          ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
          on behalf of Debtor Luis J. Ortiz Rivera steve@sottolaw.com
          CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  LUIS J. ORTIZ RIVERA,            : Bankruptcy No. 25-15217-PMM
                                         :
        Debtor.                          : Chapter 13

### **ORDER OF COURT**

AND NOW, this __8th___ day of ___June_____, 2026, upon

consideration of the Debtor's Motion for Approval of Sale of Commercial Truck, it is hereby

ORDERED and DECREED that the Debtor is authorized to transfer the 2003 Freightliner

Classic to Julio C. Rodriguez in exchange for a payment of $10,000.00 from Mr. Rodriguez

payable to the Debtor.

BY THE COURT:

_Patricia M. Mayer_

_____
UNITED STATES BANKRUPTCY JUDGE