IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Bankruptcy No. 25-15217-PMM |
| | : |
| LUIS J. ORTIZ RIVERA, | : Chapter 13 |
| | : |
| Debtor. | : |

## CERTIFICATE OF SERVICE

I, Stephen M. Otto, Esquire, hereby certify that on July 22, 2026, I caused a true and correct copy of the Debtor's First Amended Chapter 13 Plan to be served upon the parties listed below in the manner indicated:

**Via the Court's CM/ECF Electronic Filing System:**

Scott F. Waterman, Esquire, Chapter 13 Standing Trustee, 2901 St. Lawrence Avenue, Suite 100, Reading, PA 19606

Office of the United States Trustee, 900 Market Street, Suite 320, Philadelphia, PA 19107

All creditors and parties in interest registered to receive electronic notice in this case

**Via First-Class United States Mail, postage prepaid:**

All creditors and parties in interest set forth on the attached mailing matrix

Date:  July 22, 2026

/s/ Stephen M. Otto
Stephen M. Otto, Esq.
109 E. Main Street
Somerset, PA 15501
(484) 772-8440
PA. I.D. No. 82463
steve@sottolaw.com

## MAILING MATRIX

### In re Luis J. Ortiz Rivera, Chapter 13 — Bankruptcy No. 25-15217-PMM

The following creditors and parties in interest were served by First-Class United States Mail, postage prepaid:

Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728

Capital One, P.O. Box 30253, Salt Lake City, UT 84130

Citi Card/Best Buy, Attn: Citicorp Cr Srvs Bankruptcy, PO Box 790040, St Louis, MO 36179-0040

Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179

Connexus Credit Union, Attn: Bankruptcy, PO Box 8026, Wausau, WI 54402-8026

Credit One Bank, 6801 S Cimarron Road, Las Vegas, NV 89113

Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804

HYUNDAI FINANCE, POB 20835, FOUNTAIN VLY, CA 92728-0835

Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617

LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587

M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844

M&T Bank, KML Law Group, P.C., c/o Matthew Fissel, Esq., 701 Market Street, Suite 5000, Philadelphia PA 19106-1532

M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840

M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106

MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368

National Funding, Inc., 4380 La Jolla Village Dr, San Diego, CA 92122

Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946

Quantum3 Group LLC as agent for Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788

Quick Bridge Funding, LLC, Robert Zahradka, Esq., 4380 La Jolla Village Drive, San Diego, CA 92122

US Small Business Admin, 409 3rd Street, SW, Washington, DC 20416