Certificate Number: 14912-PAE-DE-040478927

Bankruptcy Case Number: 25-15217

14912-PAE-DE-040478927

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 6, 2026, at 5:46 o'clock PM EST, Luis Ortiz completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 6, 2026

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor