Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Luis J. Ortiz-Rivera
1443 Lacrosse Avenue
Reading, PA 19607

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-15217-PMM**

Petition Filed Date: 12/23/2025
341 Hearing Date: 02/03/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/06/2026 | $240.00 | | 03/09/2026 | $120.00 | | 04/13/2026 | $120.00 | |
| 05/11/2026 | $120.00 | | 06/15/2026 | $120.00 | | 07/13/2026 | $120.00 | |
| 07/13/2026 | $1,000.00 | | | | | | | |

**Total Receipts for the Period: $1,840.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $2,037.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $2,173.95 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $197.70 | $0.00 | $0.00 |
| 3 | MERRICK BANK<br>»» 002 | Unsecured Creditors | $1,868.30 | $0.00 | $0.00 |
| 4 | HYUNDAI MOTOR FINANCE COMPANY<br>»» 003 | Secured Creditors | $735.79 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC<br>»» 004 | Unsecured Creditors | $1,711.46 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $2,169.31 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $1,698.68 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $5,486.99 | $0.00 | $0.00 |
| 9 | M&T BANK<br>»» 008 | Mortgage Arrears | $214.14 | $0.00 | $0.00 |
| 10 | QUICK BRIDGE FUNDING LLC<br>»» 009 | Unsecured Creditors | $24,057.36 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $1,781.66 | $0.00 | $0.00 |
| 12 | US SMALL BUSINESS ADMINISTRATION (SBA)<br>»» 011 | Unsecured Creditors | $331,741.64 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-15217-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,037.00 | Current Monthly Payment: | $197.00 |
| Paid to Claims: | $0.00 | Arrearages: | $77.00 |
| Paid to Trustee: | $156.85 | Total Plan Base: | $7,630.00 |
| Funds on Hand: | $1,880.15 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.